UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | 1:01-CR-5038 OWW |
| | ) | |
| v. | ) | ORDER STAYING RELEASE |
| | ) | |
| FRANK RICHARD LEWIS, JR. | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

   Due to unforseen circumstances, it is ordered that the above-named defendant not be released by the United States Marshal until January 31, 2008.

Dated: January 30, 2008          /s/ ANTHONY W. ISHII
                                 _____
                                 ANTHONY W. ISHII
                                 United States District Judge

1